IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LUPIN ATLANTIS HOLDINGS S.A.,     :
                                       :

           Plaintiff,     :

                                         :

         v.     :

                                         :

RANBAXY LABORATORIES LIMITED,     :
RANBAXY PHARMACEUTICALS INC.,     :     C.A. No. 1:10-cv-00659-UNA
RANBAXY, INC. and ETHYPHARM S.A.,     :
                                         :

           Defendants.     :

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of

Civil Procedure, Plaintiff Lupin Atlantis Holdings S.A. and Defendant Ethypharm S.A. hereby

dismiss this action without prejudice.

| | |
|---|---|
| PROCTOR HEYMAN LLP | STRADLEY RONON STEVENS & YOUNG, LLP |
| | |
| */s/ Dominick T. Gattuso*_____ | */s/ Kevin W. Goldstein*_____ |
| Dominick T. Gattuso (# 3630) | Kevin W. Goldstein (#2967) |
| E-mail: dgattuso@proctorheyman.com | Email: kgoldstein@stradley.com |
| 1116 N. West Street | 300 Delaware Avenue |
| Wilmington, Delaware 19801 | Suite 800 |
| (302) 472-7300 | Wilmington, DE 19801 |
| | (302) 576-5851 |
| | |
| *Attorneys for Plaintiff* | |
| *Lupin Atlantis Holdings S.A.* | *Attorneys for Ethypharm SA* |

OF COUNSEL:

LEYDIG, VOIT & MAYER, LTD.
Robert F. Green
E-mail: rgreen@leydig.com
Christopher T. Griffith
E-mail: cgriffith@leydig.com
Kate M. Lesciotto
E-mail: klesciotto@leydig.com
Two Prudential Plaza, Suite 4900
180 North Stetson
Chicago, Illinois  60601
(312) 616-5600

OF COUNSEL:

BAKER BOTTS L.L.P.
Paul A. Ragusa, Esquire
Lisa Kole, Esquire
Jennifer C. Tempesta, Esquire
30 Rockefeller Plaza
New York, NY 10112-4498
(212) 408-2588

Dated:  October 8, 2010